IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ON THE WATER, LLC | § § § | PLAINTIFFS |
| v. | § § § § | Civil Action No. 1:09cv377HSO-JMR |
| OTAK GROUP, INC., and WESTERN SURETY COMPANY | § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Compel Arbitration and Stay all Proceedings of Defendants Western Surety Company and Otak Group, Inc. The Court, after a full review and consideration of the parties' submissions, the relevant pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this case be submitted to binding arbitration, and that this Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of May, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE